<pre>
1   William M. Hogg (SBN 338196)
    LAUREL EMPLOYMENT LAW APC
2   808 Wilshire Boulevard, Suite 200
    Santa Monica, California 60401
3   Tel: (323) 385-3161
    william@laurelemploymentlaw.com
4
    Counsel for Plaintiff, Class, and
5   Collective Members

6   Sara Zorich*
    Ill. SBN 6290843
7   Pa. SBN 329392
    AMUNDSEN DAVIS LLC
8   3815 East Main Street, Suite A-1
    St. Charles, Illinois 60174
9   Tel: (630) 587-7910
    szorich@amundsendavis.com
10
    Christopher R. Green (Ohio SBN
11  96845)*
    AMUNDSEN DAVIS LLC
12  500 South Front Street, Suite 1200
    Columbus, Ohio 43215
13  Tel: (614) 228-5511
    cgreen@amundsendavis.com
14
15  * - Pro Hac Vice applications
    forthcoming
16
    Counsel for Defendant
17
</pre>

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMMIE BAGLEY**, Individually and for Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**PILOT SERVICES, LLC d/b/a PILOT GLOBAL TECHNOLOGIES f/k/a VON TECHNOLOGIES, LLC**,<br><br>　　　　Defendant. | Case No. 2:24-cv-08727-CBM-AS<br><br>**RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　Oct. 10, 2024<br>Trial Date:　　　None |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs. Pursuant to Federal Rule of Civil Procedure 41, this dismissal is effective upon filing.

Respectfully and jointly submitted,

Date: August 8, 2025

/s/ William M. Hogg*
William M. Hogg

*Counsel for Plaintiff, Class, and Collective Members*

AND

Date: August 8, 2025

/s/ Christopher R. Green
Sara Zorich
Christoper R. Green
**AMUNDSEN DAVIS LLP**[1]
*Counsel for Defendant*

\*   The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of Court for the United States District Court, Central District of California, by using the Court's CM/ECF filing system on August 8, 2025.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the Court's CM/ECF system.

/s/ William M. Hogg
William M. Hogg

---

[1] Defense Counsel intends to submit an application to appear *pro hac vice* at the end of the stay, should it not resolve.